# Hall *v.* Green & Co.

*Action on an Account.*

1. *Partnership contracts, joint and several.*—Under the statute partnership contracts and obligations are several as well as joint, whether they are verbal or written; and the members of the partnership may be sued thereon severally or jointly, at the option of the plaintiff.

APPEAL from DeKalb Circuit Court.
Tried before Hon. LEROY F. BOX.

The appellees sued Oliver L. Hall, Alexander H. Mackey and Luther C. Hall, the appellants, in *assumpsit* on an account. They are not described in the complaint as partners. The appellees having shown that the appellants were members of a partnership trading under the firm name of Hall, Mackey & Co., they were allowed by the court, against the appellants' objection, to show that Hall, Mackey & Co. were indebted to them on account, and the appellants excepted. The court, at the appellee's written request, charged the jury that "it is sufficient if the defendants were members of the firm," and the appellants excepted.

The foregoing rulings of the Circuit Court are here assigned as error.

McSPADEN & CARDON, for appellants.

L. A. DOBBS, and DUNLAP & DORTCH, *contra*.

[Frank v. Pickens.]

(No briefs came to the hands of the reporter.)

SOMERVILLE, J.—The judgment of the Circuit Court in this case must be affirmed, on the authority of *Hall v. Cooke, ante*, p. 87. It is there held, that the effect of our statutes is to render all partnership contracts and obligations, given within the scope of partnership dealings, *several* as well as *joint*, whether they are verbal or in writing. They are the contracts of each individual, as well as of the firm, and, therefore, the members of the firm may be sued on them severally, or the partnership may be sued jointly as such, at the option of the plaintiff.—Code of 1876, § 2904; *McCullough v. Judd*, 20 Ala. 703.

The rulings of the Circuit Court recognized this principle, and its judgment is affirmed.